# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> SHERRY M. DEGGINGER ) <br> a/k/a Sherry M. Wilmovsky, ) <br> ) <br> **Defendant.** ) | Case No. 3:15-cv-05115-MDH |

## ORDER

Before the Court is Plaintiff's Motion for Default Judgment. (Doc. 16). A review of the record shows that Plaintiff filed its Complaint on November 4, 2015, and personally served Defendant, Sherry Degginger, with a summons and copy of the Complaint on November 20, 2015. (Docs. 1, 4). On March 31, 2016, the Court ordered Plaintiff to file a status report in the case, and on the same day, Plaintiff filed a Motion for Clerks Entry of Default. (Docs. 5, 6). On April 14, 2016, Plaintiff filed a status report indicating that Defendant had not yet responded to the Complaint. (Doc. 8).

On April 19, 2016, the Court granted Plaintiff's Motion for Clerk's Entry of Default. (Doc. 9). Mail sent by the Court to Defendant has twice been returned as undeliverable. (Docs. 7, 15). To date, Plaintiff has failed to file any responsive pleading, enter an appearance, or otherwise respond to the claims pending against her.

Therefore, it is hereby **ORDERED** that Plaintiff's Motion for Default Judgment is **GRANTED**. (Doc. 16). Judgment is entered against Defendant Sherry Degginger, a/k/a Sherry Wilmovsky, and in favor of Plaintiff Wells Fargo Bank, N.A. on Counts I, II, III, and IV of Plaintiff's Complaint in the amount of $63,258.59.

1

IT IS SO ORDERED:
**Date: December 5, 2016**

                */s/ Douglas Harpool*
                **DOUGLAS HARPOOL**
                **UNITED STATES DISTRICT JUDGE**